H. E. & S. Transportation Corporation, Respondent, *v.* Checker Cab Sales Corporation, Appellant.

(Submitted January 20, 1936; decided January 28, 1936.)

*Isidore Rose* for motion.

*Emil Weitzner, Samuel H. Kaufman* and *David G. Haskins* opposed.

Motion denied, with ten dollars costs.

The Guardian Life Insurance Company of America, Respondent, *v.* Isidore Katz, Appellant.

(Submitted January 20, 1936; decided January 28, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 625.)